IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH A. STANTON,             :        CIVIL ACTION
Personal Representative of        :
JOSEPH H. SANTARLASCI, III,       :
Deceased, et al                   :
                                  :
        v.                        :
                                  :
LAFAYETTE COLLEGE, et al          :        NO.  02-4779

O R D E R

AND  NOW,  this      day  of February, 2003,  it  is

hereby ORDERED that defendants' motion for protective order is

hereby referred to Magistrate Judge Carol Sandra Moore Wells for

decision pursuant to 28 U.S.C. §636(b)(1)(A).


_____
THOMAS N. O'NEILL, JR.,        J.