IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH A. STANTON,              :        CIVIL ACTION
Personal Representative of         :
JOSEPH H. SANTARLASCI, III,        :
Deceased, et al                    :
                                   :
          v.                       :
                                   :
LAFAYETTE COLLEGE, et al           :        NO.  02-4779

O R D E R

      AND  NOW,  this     day  of February, 2003,  it  is
hereby ORDERED that all pretrial discovery motions are hereby
referred to Magistrate Judge Carol Sandra Moore Wells for decision
pursuant to 28 U.S.C. §636(b)(1)(A).

_____
THOMAS N. O'NEILL, JR.,          J.