IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH STRANTON, | : | CIVIL ACTION |
| PERSONAL REPRESENTATIVE OF | : | |
| JOSEPH SANTARLASCI, III DECEASED, | : | |
| AND ADMINISTRATOR OF THE ESTATE | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| LAFAYETTE COLLEGE, et al | : | NO. 02-4779 |

## DISCOVERY ORDER

AND NOW, this _____ day of March, 2003, after a joint telephone conference, with counsel for all parties, Plaintiff's Emergency Motion To Quash Subpoena is GRANTED IN PART. It is further ORDERED that:

1) Defendant shall issue a proper subpoena to schedule the deposition of Mr. Kip for March 28, 2003 in Center City Philadelphia.

2) Defendant shall produce Jim Dailey, Director of Aquatics at Lafayette College, along with two additional corporate designees pursuant to F.R.C.P. 30(b)(6) who are most knowledgeable about topics specified by Plaintiff in their Notice of Deposition, on April 4, 2003, at a mutually agreeable location.

3) Plaintiff shall reissue its subpoena for Mr. Lehman, a non-party witness, for March 27, 2003.

4) The parties shall schedule the depositions of Mr. Finnegan and Mr. MacKinnon, students at Lafayette College, for their next academic day off from classes.

BY THE COURT

CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE