IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH STRANTON, | : | CIVIL ACTION |
| PERSONAL REPRESENTATIVE OF | : | |
| JOSEPH SANTARLASCI, III DECEASED, | : | |
| AND ADMINISTRATOR OF THE ESTATE | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| LAFAYETTE COLLEGE, et al | : | NO. 02-4779 |

## ORDER

AND NOW, this _____ day of March, 2003, upon consideration of Defendant's Motion To Overrule Objections and Compel Full and Complete Answers To Interrogatories Directed To Plaintiff (Second Set)(Docket No. 17) and all responses thereto (Docket No. 18), and after a conference with counsel for all parties, it is hereby ORDERED that Defendants' Motion is GRANTED IN PART:

   1) Plaintiff shall prepare and deliver to Defendant by March 31, 2003, discreet responses to Defendants' damage interrogatories.

   2) Defendant shall depose Dr. Modell, if he wishes to obtain additional information regarding the basis for this expert's conclusions.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE