IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH STRANTON, | : | CIVIL ACTION |
| PERSONAL REPRESENTATIVE OF | : | |
| JOSEPH SANTARLASCI, III DECEASED, | : | |
| AND ADMINISTRATOR OF THE ESTATE | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| LAFAYETTE COLLEGE, et al | : | NO. 02-4779 |

## **ORDER**

AND NOW, this           day of May, 2003, after a joint telephone conference with counsel for all parties, it is hereby ORDERED that the parties shall execute and file their Stipulation of Settlement on or before May 30, 2003.


BY THE COURT


_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE