IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH A. STANTON,<br>Personal Representative of<br>JOSEPH H. SANTARLASCI, III,<br>Deceased, and Administrator of the<br>Estate of JOSEPH H. SANTARLASCI, III,<br><br>    Plaintiff,<br><br>v.<br><br>LAFAYETTE COLLEGE, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 02 CV 4779<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Clerk shall please note the above-captioned matter, including all claims therein, as "DISMISSED WITH PREJUDICE," with each party to bear her/its own costs

Respectfully submitted,

_____
Peter C. Grenier (admitted *pro hac vice*)
Anne R. Noble (admitted *pro hac vice*)
BODE & GRENIER. LLP
1150 Connecticut Avenue NW
9th Floor
Washington, DC  20036
Telephone:  (202) 828-4100
Fax:  (202) 828-4130

*-and-*

Jonathan S. Ziss, Esquire
Jonathan A. Cass, Esquire
SILVERMAN BERNHEIM & VOGEL, P.C.
Two Penn Center Plaza
Philadelphia PA  19102
Telephone: (215) 636-3962
Fax:  (215) 636-3999

*Counsel for Plaintiff*


_____
Jonathan K. Hollin, Esquire
POWELL, TRACHTMAN, LOGAN, CARRIE,
   BOWMAN & LOMBARDO
475 Allendale Road
Suite 200
King of Prussia, Pennsylvania 19406
Telephone (610) 354-9700
Fax: (610) 354-9760

*Counsel for Defendants*